# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SIMONE HOUSTON,<br>    *Plaintiff,*<br><br>v.<br><br>BIG LOTS STORES, INC.,<br>    *Defendants.* | § § § § § § § § | CIVIL CASE NO. 5:20-cv-00593<br>JURY TRIAL DEMANDED |

# COUNSEL OF RECORD AND INFORMATION PURSUANT TO 28 U.S.C. § 1446(A)

(1) A list of all parties in the case, their party type (e.g., plaintiff, defendant, intervenor, receiver, etc.) and current status of the removed case (pending, dismissed);

    Plaintiff    *Simone Houston*

    Defendant    *Big Lots Stores, Inc.* *(incorrectly named and an improper party)*

    The removed case is currently pending.

(2) A civil cover sheet and a certified copy of the state court docket sheet; a copy of all pleadings that assert causes of action; all answers to such pleadings and a copy of all process and orders served upon the party removing the case to this court, as required by 28 U.S.C. § 1446(a);

    See attached civil cover sheet and documents attached to Defendant's Notice of Removal as *Exhibit "B."*

(3) A complete list of attorneys involved in the action being removed, including each attorney's bar number, address, telephone number and party or parties represented by him/her;

*Counsel for Plaintiff*
*Simone Houston*

Adam Ramji
State Bar No. 24045209
Chelsea Murfree
State Bar No. 24107873
E-Mail: service@ramjilaw.com
Ramji Law Group
9816 Katy Freeway
Houston, Texas 77055
713.888.8888 / F: 866.672.3372


*Counsel for Defendant*
*Big Lots Stores, Inc.*
*(incorrectly named and an improper party)*

Zach T. Mayer
State Bar No. 24013118
E-Mail: zmayer@mayerllp.com
Sara Krumholz
State Bar No. 24060579
E-Mail: skrumholz@mayerllp.com
**MAYER LLP**
750 North Saint Paul Street, Suite 700
Dallas, Texas 75201
214.379.6900 / F: 214.379.6939

(4)   **A record of which parties have requested a trial by jury (this information is in addition to placing the word "jury" at the top of the Notice of Removal immediately below the case number)**; and

- Defendant, BIG LOTS STORES, INC. *(incorrectly named and an improper party)* has requested a trial by jury.

**(5)   The name and address of the court from which the case is being removed.**

37th Judicial District Court
Bexar County Courthouse
100 Doloroso
San Antonio, Texas 78205
210.335.2011